UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 11, 2014     **Time in Court: 44 minutes**     **Judge:** VINCE CHHABRIA

**Case No.**: 14-cr-00316-VC-1     **Case Name:** UNITED STATES v. Chamberlain

**Attorney for United States of America: Philip Kearney**
**Attorney for Defendant: Jodi Linker, F.P.D.**
**Defendant: [X] PRESENT   [] NOT PRESENT**
**Defendant's Custodial Status: [X] In Custody   [] Not In Custody**

| | |
|---|---|
| **Deputy Clerk:** Kristen Melen | **FTR Recording:** 3:00- 3:44 |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS

Motion for Bill of Particulars hearing held.

### RESULT OF HEARING

For the reasons stated on the record, the motion for bill of particulars is DENIED without prejudice.

**CASE CONTINUED TO: September 15, 2014, at 2:00 p.m.**

-------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel as superseding indictment impending.
Begins:  August 11, 2014
Ends:  September 15, 2014
-------------------------------------------------------------------------------------------------------------------