# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CR 14-316 VC

RYAN KELLY CHAMBERLAIN

DEFENDANT(S).

## SUPERSEDING INDICTMENT

COUNT ONE: 26 U.S.C. 5861(d) -- Possession of an Unregistered
Destructive Device
COUNT TWO: 18 U.S.C. 922(k) -- Possession of a Firearm with
Serial Number Removed
COUNT THREE: 18 U.S.C. 175(b) -- Possession of Toxin

A true bill.

_Nancy J. Peterson_
Foreman

Filed in open court this _25th_ day of

_September 2014._

Clerk

Bail, $ _NO (hold)_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

### OFFENSE CHARGED

Count 1: 26 U.S.C. 5861(d) -- Possession of an Unregistered Destructive Device

Count 2: 18 U.S.C. 922(k) -- Possession of a Firearm with Serial Number Removed

(Count 3: 18 U.S.C. 175(b) -- Possession of Toxin   ⊞

PENALTY:   26 U.S.C. 5861(d) -- 10 years imprisonment, 3 year period of supervised release, $10,000 fine, $100 special assessment.
18 U.S.C. 922(k) -- 5 years imprisonment, 3 year period of supervised release, $250,000 fine, $100 special assessment.
18 U.S.C. 175(b) -- 10 years imprisonment., 3 year period of supervised release, $250,000 fine, $100 special assessment.   ⊞

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

▶ DEFENDANT - U.S

▶ RYAN KELLY CHAMBERLAIN II

DISTRICT COURT NUMBER

CR - 14-00316 VC

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person
Furnishing Information on this form   Philip J. Kearney

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   _____

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
US Marshal's Service (NDCA)

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year   June 2, 2014

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3                                              FILED

4                                          2014 SE. 25  P 2: 45

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              )    No. CR-14-00316 VC
                                           )
13            Plaintiff,                    )    VIOLATIONS:
                                           )    Title 26, United States Code, Section 5861(d) –
14       v.                                 )    Possession of an Unregistered Firearm;
                                           )    Title 18, United States Code, Section 922(k) –
15                                          )    Possession of a Firearm with the Manufacturer's
                                           )    Serial Number Removed; Title 18, United States
16  RYAN KELLY CHAMBERLAIN II,             )    Code, 175(b) – Possession of Biological Toxin; Title
                                           )    18, United States Code, Section 924(d) – Firearm
17            Defendant.                    )    Related Forfeiture; Title 26, United States Code,
                                           )    Section 5872 – Firearm Related Forfeiture; Title 18,
18                                          )    United States Code, Section 176 – Forfeiture of
                                           )    Biological Toxin, Delivery System
19                                          )
                                           )
20                                          )    SAN FRANCISCO VENUE
                                           )
21  _____ )

22

23            S U P E R S E D I N G   I N D I C T M E N T

    The Grand Jury charges that:
24

25  COUNT ONE:        (26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm)

26        1.    On or about May 31, 2014, in the Northern District of California, the defendant,

27                      RYAN KELLY CHAMBERLAIN II,

28

    SUPERSEDING INDICTMENT

1 | knowingly possessed a firearm, to wit: a destructive device as defined by Title 26, United States Code

2 | §§ 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and

3 | Transfer Record; all in violation of Title 26, United States Code, Section 5861(d).

4 | COUNT TWO:          (18 U.S.C. § 922(k) – Possession of a Firearm with the Manufacturer's Serial
Number Removed)

5 |

6 | 2.    On or about May 31, 2014, in the Northern District of California, the defendant,

7 | RYAN KELLY CHAMBERLAIN II,

8 | knowingly possessed a firearm which had the manufacturer's serial number removed, obliterated, or

9 | altered, and had been shipped and transported in interstate and foreign commerce; all in violation of

10 | Title 18, United States Code, Section 922(k).

11 |

12 | COUNT THREE:        (18 U.S.C. § 175(b) – Possession of a Biological Toxin)

13 | 3.    On or about May 31, 2014, in the Northern District of California, the defendant,

14 | RYAN KELLY CHAMBERLAIN II,

15 | knowingly possessed a biological agent, toxin, and delivery system, to wit, abrin, as defined in 18

16 | United States Code, Section 178(2), which was not in its naturally occurring form, and was of a type and

17 | in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective,

18 | bona fide research, or other peaceful purpose; all in violation of Title 18, United States Code, Section

19 | 175(b).

20 |

21 | FORFEITURE ALLEGATION: (26 U.S.C. § 5872; 18 U.S.C. §§ 176 and  924(d) --Forfeiture of
Firearms, Ammunition, and Biological Toxin and Delivery System)

22 |

23 | 4.    The factual allegations contained in Counts One, Two, and Three of this Superseding

24 | Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging

25 | forfeiture.

26 | 5.    Upon a conviction of the offense alleged in Count One of this Superseding Indictment,
the defendant,

27 |

28 | RYAN KELLY CHAMBERLAIN II,

SUPERSEDING INDICTMENT

1 │ shall, pursuant to Title 26, United States Code, Section 5872, forfeit to the United States any firearm as
2 │ defined in 26, United States Code, Section 5845(a), involved in a violation Title 26, United States Code,
3 │ Section 5871, including but not limited to the following:

4 │         a.     Components of an improvised explosive device seized on or about May 31, 2014.

5 │     6.     Upon a conviction of the offense alleged in Count Two of this Superseding Indictment,
6 │ the defendant,

7 │ <center>RYAN KELLY CHAMBERLAIN II,</center>

8 │ shall, pursuant to Title 18, United States Code, Section 924(d), forfeit to the United States any firearm
9 │ or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section
10 │ 922(k), including, but not limited to, the following property:

11 │         a.   .22 caliber Derringer pistol, serial number unknown;

12 │         b.   42 rounds of .22 caliber ammunition.

13 │     7.     Upon a conviction of the offense alleged in Count Three of this Superseding Indictment,
14 │ the defendant,

15 │ <center>RYAN KELLY CHAMBERLAIN II,</center>

16 │ shall, pursuant to Title 18, United States Code, Section 176, forfeit to the United States any biological
17 │ toxin or delivery system involved in a violation of Title 18, United States Code, Section 175(b),
18 │ including but not limited to the following property seized on or about May 31, 2014:

19 │         a.   abrin;

20 │         b.   plastic vials and flashlights used to conceal the abrin.

21 │ DATED:                          A TRUE BILL.
22 │   *September 25, 2014*             *Nancy G. Peterson*
                                        FOREPERSON
23 │ MELINDA HAAG
  United States Attorney
24 │
25 │ J. DOUGLAS WILSON
26 │ Chief, Criminal Division
27 │ (Approved as to form:
28 │                PHILIP J. KEARNEY
               Assistant United States Attorney

SUPERSEDING INDICTMENT