# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2015 OCT 22  P 2: 43
CLERK

---

UNITED STATES OF AMERICA,

V.

CR 14-316 VC

RYAN KELLY CHAMBERLAIN II

DEFENDANT(S).

---

## THIRD SUPERSEDING INDICTMENT

COUNT ONE: 26 U.S.C. § 5861(d) -- Possession of an Unregistered Destructive Device;  COUNT TWO: 18 U.S.C. § 922(k) -- Possession of a Firearm with Serial Number Removed;  COUNT THREE: 18 U.S.C. § 175(a) – Possession of a Biological Toxin for Use as a Weapon;  COUNT FOUR:18 U.S.C. § 175(b) -- Possession of Toxin  COUNT Five : 18 U.S.C. § 175(a) – Possession of a Biological Toxin for Use as a Weapon; COUNT Six: 18 U.S.C. § 229(a)(1) – Possession of Chemical Weapon.

---

A true bill.

_____ Foreman

Filed in open court this _22nd_ day of

_October, 2015_.

_Stephen Ybarra_
Clerk

Bail, $ _No process_

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHED

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  SEE ATTACHED

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ RYAN KELLY CHAMBERLAIN II

DISTRICT COURT NUMBER
CR - 14-00316 VC

---- DEFENDANT ----

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH, Acting
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Philip J. Kearney

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   US Marshal's Service (NDCA)

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
June 2, 2014

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                  Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

Count One:  26 U.S.C. 5861(d) -- Possession of an Unregistered Destructive Device

Maximum Penalties:  10 years imprisonment
3 year period of supervised release
$10,000 fine
$100 special assessment

Count Two:  8 U.S.C. 922(k) -- Possession of a Firearm with Serial Number Removed

Maximum Penalties:  5 years imprisonment
3 year period of supervised release
$250,000 fine
$100 special assessment

Count Three:  18 U.S.C. §175(a) -- Possession of Biological Agent, Toxin, or Delivery System For Use as a Weapon

Maximum Penalties:  Imprisonment for life, any term of years, or both
3 year period of supervised release
not more than a $250,000 fine
$100 special assessment

Count Four:  18 U.S.C. 175(b) -- Possession of Toxin

Maximum Penalties:  10 years imprisonment
3 year period of supervised release
$250,000 fine
$100 special assessment

Count Five:  18 U.S.C. §175(a) -- Possession of Biological Agent, Toxin, or Delivery System For Use as a Weapon

Maximum Penalties:  Imprisonment for life, any term of years, or both
3 year period of supervised release
not more than a $250,000 fine
$100 special assessment

Count Six:  18 U.S.C. § 229(a)(1) – Possession of Chemical Weapon

Maximum Penalties:  10 years imprisonment
3 year period of supervised release
$250,000 fine
$100 special assessment

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

FILED
2015 OCT 22 P 2: 43
CLERK...
...DISTRICT COURT
N. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-14-00316 VC |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS:<br>) Title 26, United States Code, Section 5861(d) –<br>) Possession of an Unregistered Firearm;<br>) Title 18, United States Code, Section 922(k) –<br>) Possession of a Firearm with the Manufacturer's<br>) Serial Number Removed; Title 18, United States<br>) Code, 175(a) – Possession of Biological Toxin for<br>) Use as a Weapon; Title 18, United States Code,<br>) 175(b) – Possession of Biological Toxin; Title 18,<br>) United States Code, Section 229(a)(1) – Possession of<br>) Chemical Weapon; Title 18, United States Code,<br>) Section 924(d) – Firearm Related Forfeiture; Title 26,<br>) United States Code, Section 5872 – Firearm Related<br>) Forfeiture; Title 18, United States Code, Section 176<br>) – Forfeiture of Biological Toxin, Delivery System,<br>) Toxic Chemical.<br>)<br>) SAN FRANCISCO VENUE |
| RYAN KELLY CHAMBERLAIN II, | |
| Defendant. | |

<u>THIRD SUPERSEDING INDICTMENT</u>

//
//
//

THIRD SUPERSEDING INDICTMENT

The Grand Jury charges that:

COUNT ONE:         (26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm)

    1.    On or about May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

knowingly possessed a firearm, to wit: a destructive device as defined by Title 26, United States Code §§ 5845(a)(8) and 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record; all in violation of Title 26, United States Code, Section 5861(d).

COUNT TWO:         (18 U.S.C. § 922(k) – Possession of a Firearm with the Manufacturer's Serial Number Removed)

    2.    On or about May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

knowingly possessed a firearm which had the manufacturer's serial number removed, obliterated, or altered, and had been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Section 922(k).

COUNT THREE:         (18 U.S.C. § 175(a) – Possession of a Biological Toxin for Use as a Weapon)

    3.    On or about and between December 6, 2013, and May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

knowingly developed, produced, acquired, retained, and possessed a biological agent, toxin, and delivery system, to wit, abrin, for use as a weapon; all in violation of Title 18, United States Code, Section 175(a).

COUNT FOUR:         (18 U.S.C. § 175(b) – Possession of a Biological Toxin)

    4.    On or about and between December 6, 2013, and May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

THIRD SUPERSEDING INDICTMENT

knowingly possessed a biological agent, toxin, and delivery system, to wit, abrin, as defined in 18 United States Code, Section 178(2), which was not in its naturally occurring form, and was of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose; all in violation of Title 18, United States Code, Section 175(b).

COUNT FIVE:        (18 U.S.C. § 175(a) – Possession of a Biological Toxin for Use as a Weapon)

5.   On or about May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

knowingly attempted to develop, produce, acquire, retain, and possess a biological agent, toxin, and delivery system, to wit, ricin, for use as a weapon; all in violation of Title 18, United States Code, Section 175(a).

COUNT SIX:        (18 U.S.C. § 229(a)(1) – Possession of Chemical Weapon)

6.   On or about May 31, 2014, in the Northern District of California, the defendant,

RYAN KELLY CHAMBERLAIN II,

knowingly acquired, received, retained, owned, and possessed a chemical weapon, to wit, sodium cyanide, which is a toxic chemical not intended by the defendant to be used for a peaceful purpose as that term is defined in Title 18, United States Code, Section 229F(7)(A); all in violation of Title 18, United States Code, Sections 229(a)(1) and 229A(a)(1).

FORFEITURE ALLEGATION: (26 U.S.C. § 5872; 18 U.S.C. §§ 176 and 924(d) --Forfeiture of Firearms, Ammunition, Biological Toxins and Delivery Systems, and Toxic Chemical)

7.   The factual allegations contained in Counts One, Two, Three, Four, Five, and Six of this Third Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture.

8.   Upon a conviction of the offense alleged in Count One of this Superseding Indictment, the defendant,

THIRD SUPERSEDING INDICTMENT

RYAN KELLY CHAMBERLAIN II,

shall, pursuant to Title 26, United States Code, Section 5872, forfeit to the United States any firearm as defined in 26, United States Code, Section 5845(a), involved in a violation Title 26, United States Code, Section 5871, including but not limited to the following:

    a.   Components of an improvised explosive device seized on or about May 31, 2014.

9. Upon a conviction of the offense alleged in Count Two of this Superseding Indictment, the defendant,

RYAN KELLY CHAMBERLAIN II,

shall, pursuant to Title 18, United States Code, Section 924(d), forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(k), including, but not limited to, the following property:

    a.   .22 caliber Derringer pistol, serial number unknown;

    b.   42 rounds of .22 caliber ammunition.

10. Upon a conviction of the offenses alleged in Counts Three through Six of this Superseding Indictment, the defendant,

RYAN KELLY CHAMBERLAIN II,

shall, pursuant to Title 18, United States Code, Section 176, forfeit to the United States any biological toxin or delivery system, or toxic chemical, involved in a violation of Title 18, United States Code, Sections 175(a), 175(b), or 229(a)(1) including but not limited to the following property seized on or about May 31, 2014:

    a.   abrin;

    b.   plastic vials and flashlights used to conceal the abrin;

//
//
//
//
//
//

      c. ricin;

      d. sodium cyanide.

DATED:                                   A TRUE BILL.

October 22, 2015

                                            FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

DAVID R. CALLAWAY
Chief, Criminal Division

(Approved as to form: _____
                      PHILIP J. KEARNEY
                      Assistant United States Attorney

THIRD SUPERSEDING INDICTMENT